IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 11 C 4602 |
| A.B.D. TANK & PUMP CO., an Illinois corporation, | ) ) ) ) | JUDGE RUBEN CASTILLO |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, A.B.D. TANK & PUMP CO., an Illinois corporation, in the total amount of $6,296.24, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,097.00.

On July 27, 2011, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Jill Surlock) at its place of business. Therefore, Defendant's answer was due on August 17, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6278364
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com
I:\Fvcwj\A.B.D. Tank\motion-default judgment.pnr.df.wpd

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>24th</u> day of <u>April 2012</u>:

    Mr. Keith Davis, President
    A.B.D. Tank & Pump Co.
    730 Industrial Drive
    Elmhurst, IL   60126

    Burkelaw Agents, Inc., Registered Agent
    A.B.D. Tank & Pump Co.
    330 N. Wabash Avenue, 22nd Floor
    Chicago, IL   60611

          /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Fvcwj\A.B.D. Tank\motion-default judgment.pnr.df.wpd